Santiago **SELESTINO**, Appellant,

v.

**STATE** of Texas, Appellee.

No. 32870.

Court of Criminal Appeals of Texas.

Jan. 25, 1961.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., of Austin, for the State.

McDONALD, Judge.

Unlawfully transporting beer in a dry area is the offense, with punishment assessed at a fine of $250.

Notice of appeal was given on August 11, 1960.

From the record it appears that on August 10, 1960, appellant and his sureties entered into recognizance on appeal.

A recognizance entered into before notice of appeal was given is insufficient to confer jurisdiction on this court. Hallman v. State, 113 Tex.Cr.R. 100, 18 S.W.2d 652; Ramirez v. State, 163 Tex.Cr.R. 491, 293 S.W.2d 653; Clepper v. State, 164 Tex.Cr.R. 89, 297 S.W.2d 172.

The appeal is dismissed.